Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone: (408) 298-2000
Facsimile:  (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

RONALD MOORE,

          Plaintiff,

      vs.

FEISAL NAGI HAMID, dba CALIFORNIA
MARKET, et al.,

         Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

No.   1:13-cv-00690-LJO-SKO

**STIPULATION FOR DISMISSAL OF
ACTION; ORDER**

1       IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants

2    Feisal Nagi Hamid, dba California Market; and Larry A. Shehadey Stores Affiliated, L.P., a

3    California limited partnership, the parties to this action, by and through their respective counsel,

4    that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be

5    dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

6    Date: October 10, 2013           MOORE LAW FIRM, P.C.

7

8                             /s/ Tanya E. Moore

9                             Tanya E. Moore
                              Attorney for Plaintiff

10                            Ronald Moore

11   Date: October 15, 2013           JAMES M. MAKASIAN, A.P.C.

12

13                             /s/ James M. Makasian

14                             James M. Makasian
                              Attorneys for Defendant

15                            Feisal Nagi Hamid, dba California Market

16

17   Date: October 10, 2013           /s/ Bruce A. Neilson

18                             Bruce A. Neilson
                              Attorneys for Defendant

19                            Larry A. Shehadey Stores Affiliates, L.P.

20

21                           **ORDER**

22       The parties having so stipulated,

23       IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

24   Each party shall bear its own attorney's fees and costs.  The clerk is directed to close this

25   action.

26

27   IT IS SO ORDERED.

28      Dated:   **October 15, 2013**       **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER