1 Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2 332 North Second Street
San Jose, California  95112
3 Telephone: (408) 298-2000
Facsimile:  (408) 298-6046
4 Email: tanya@moorelawfirm.com

5 Attorneys for Plaintiff
Ronald Moore

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD MOORE, | No.   1:13-cv-00690-LJO-SKO |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| FEISAL NAGI HAMID, dba CALIFORNIA MARKET, et al., | |
| Defendants. | |

STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER

Page 1

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Feisal Nagi Hamid, dba California Market; and Larry A. Shehadey Stores Affiliated, L.P., a California limited partnership, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: October 10, 2013            MOORE LAW FIRM, P.C.

                                  */s/ Tanya E. Moore*
                                  Tanya E. Moore
                                  Attorney for Plaintiff
                                  Ronald Moore

Date: October 15, 2013            JAMES M. MAKASIAN, A.P.C.

                                  */s/ James M. Makasian*
                                  James M. Makasian
                                  Attorneys for Defendant
                                  Feisal Nagi Hamid, dba California Market

Date: October 10, 2013            */s/ Bruce A. Neilson*
                                  Bruce A. Neilson
                                  Attorneys for Defendant
                                  Larry A. Shehadey Stores Affiliates, L.P.

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **October 15, 2013**            **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER